

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2019

No. 04-19-00062-CV

**IN THE MATTER OF J. M. E.,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017JV3000176L2
Honorable Victor Villarreal, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to April 9, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court